**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIM ROBERTS HEDGPETH, IN HER CAPACITY AS Executive Director, FILM MUSICIANS SECONDARY MARKETS FUND,<br><br>           Plaintiff,<br><br>vs.<br><br>GIANT SCREEN FILMS, LLC, a Delaware limited liability company; KEMPF/STERN PRODUCTION COMPANY, LLC, a Delaware limited liability company; TORNADO ALLEY FILM, LLC, a Delaware limited liability company; and Does 1 through 10, inclusive,<br><br>           Defendants. | No.: 2:19-cv-07852-PA-JPR<br><br>**ORDER APPROVING STIPULATION OF ALL PARTIES FOR DISMISSAL PURSUANT TO SETTLEMENT** |

At Los Angeles, in said District:

Having reviewed the Stipulation Of All Parties For Dismissal Pursuant To Settlement (the "Stipulation") the Court, being fully advised and good cause appearing therefor, hereby orders:

1.    The Stipulation is approved. Accordingly, the Court Orders this matter dismissed .

###

IT IS SO ORDERED

Dated   January 22, 2020

_____
United States District Judge

-1-